A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

51 So.2d 913

### Thomas L. GREEN v. STATE.
6 Div. 61.

Court of Appeals of Alabama.
Dec. 9, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

PER CURIAM.
Affirmed.

51 So.2d 913

### Roy GRIFFITH v. CITY OF MOBILE.
I Div. 608.

Court of Appeals of Alabama.
Nov. 21, 1950.

Rehearing Denied Jan. 9, 1951.

Appeal from Circuit Court, Mobile County; Cecil F. Bates, Judge.

Wm. Grayson, of Mobile, and Albert Roemer, of Montgomery, for appellant.

HARWOOD, Judge.
Affirmed.

46 So.2d 861

### Eddie GRIGGS, alias Griegg v. STATE.
6 Div. 942.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

51 So.2d 913

### Norman GURGANUS v. STATE.
6 Div. 45.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.
Affirmed.

51 So.2d 913

### Clifford HAIRRELL v. STATE.
8 Div. 895.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

PER CURIAM.
Appeal dismissed.

44 So.2d 913

### Duard HALL v. STATE.
8 Div. 876.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.